ORIGINAL

# In the United States Court of Federal Claims

No. 17-807C
(Filed August 25, 2017)
NOT FOR PUBLICATION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
**SAMUEL BURLESON,**            \*
\*
Plaintiff,      \*
\*
v.                      \*
\*
**THE UNITED STATES,**          \*
\*
Defendant.      \*
\*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FILED**

AUG 2 5 2017

U.S. COURT OF
FEDERAL CLAIMS

## ORDER

The complaint in this case was filed by Samuel Burleson, a prisoner in the custody of the State of Texas who is not eligible for *in forma pauperis* status under the Prison Litigation Reform Act's three-strikes rule.  Order (June 21, 2017) (citing 28 U.S.C. § 1915(g)).  Plaintiff was ordered to pay the $400 filing fee in full by Thursday, July 20, 2017.  On July 10, 2017, Mr. Burleson moved for a 60-day extension of the payment deadline, requesting a bill from the court and demanding that the court pay him $4000, from which he can pay the fee.

He subsequently submitted even more frivolous papers, in which he demands larger sums, asks that the fee be waived, purports to secure the filing fee through homemade financing documents, and contends that payment of the filing fee is rendered impossible due to the government's failure to use gold or silver coins.  It is clear from these documents that Mr. Burleson does not intend to pay the filing fee.  Plaintiff's motions to extend the payment deadline and for assistance in making the payment, ECF Nos. 5 & 10, are **DENIED** as frivolous.  All other motions are **DENIED** as moot.

As a consequence, this case is **DISMISSSED** for failure to prosecute, pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims.  The Clerk shall close the case.

7017 1450 0000 1346 3011

IT IS SO ORDERED.

VICTOR J. WOLSKI
Judge